UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
20-TP-20021-MOORE

UNITED STATES OF AMERICA,

vs.

TORRENCE JONES,

    Defendant.
_____/

**REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

This cause has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant Torrence Jones (ECF Nos. 2, 10).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 13). A telephone status conference was conducted on April 29, 2022, and was attended by counsel for the government, counsel for Mr. Jones, U.S. Probation Officer Ethan Martinez, and by Mr. Jones. Counsel for Mr. Jones explained his intention to admit the violations alleged in the Petition and appear before Judge Moore for a final revocation hearing. I questioned Defendant about his understanding that an evidentiary hearing could be set for the purpose of receiving evidence to establish probable cause to believe the violations occurred. He expressed his intention to admit the violations, reiterated the absence of need for an evidentiary hearing, and requested a hearing before Judge Moore.

Counsel for the government further proffered that the Parties had reached a joint

1

recommendation for the Court's consideration, specifically, that Mr. Jones' supervision be reinstated with an additional requirement that he participate in location monitoring for the duration of his period of supervision. USPO Martinez confirmed that was his recommendation.

Accordingly, it is the recommendation of the undersigned that the Court accept Defendant's admission of guilt and find him guilty of the two Supervised Release Violations as charged.

The parties will have seven[1] calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191-92 (11th Cir. 2020).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 29th day of April, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record

---

[1] The period to object herein is shortened, as the Parties agree to the recommendation herein and Defendant has expressed his desire to appear before Judge Moore for his final revocation hearing.